Ervin Turzinski, Minor, by Esther Turzinski, His Sister and Next Friend, Appellee, v. Norman Pam, Appellant.

Gen. No. 43,705.

opinion filed May 20, 1947; released for publication June 9, 1947. Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; James A. Dooley, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.